UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HARNESS, DICKEY & PIERCE, P.L.C.,

    Plaintiff/Counter-Defendant,

v.

EDWARD A. ANDREWS,

    Defendant/Counter-Plaintiff.

_____/

CIVIL ACTION NO. 03-40334

DISTRICT JUDGE PAUL V. GADOLA

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER

This matter is before the magistrate judge on Plaintiff's Motion In Limine to Strike Andrews' Proposed Findings and Conclusions of Law. The parties appeared for hearing on June 6, 2006. Having reviewed plaintiff's motion, together with defendant's response, and having heard the arguments of counsel, I find that the motion should be, and the same is hereby denied.

                         s/Donald A. Scheer
                         DONALD A. SCHEER
                         UNITED STATES MAGISTRATE JUDGE

DATED: September 18, 2006

_____

### CERTIFICATE OF SERVICE

I hereby certify on September 18, 2006 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on September 18, 2006. **None.**

                         s/Michael E. Lang
                         Deputy Clerk to
                         Magistrate Judge Donald A. Scheer
                         (313) 234-5217