UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HARNESS, DICKEY & PIERCE,
P.L.C.,

    Plaintiff/Counter-Defendant,

v.

EDWARD A. ANDREWS,

    Defendant/Counter-Plaintiff.
_____/

CIVIL ACTION NO. 03-40334

DISTRICT JUDGE PAUL V. GADOLA

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER DENYING DEFENDANT'S EMERGENCY MOTION TO STRIKE

Defendant's Emergency Motion to Strike the False and Fraudulently Submitted "Joint List of Unresolved Issues" Filed by Plaintiff and to Adjourn Motion to Compel Discovery and Status Conference was entered in the record on April 24, 2007. Plaintiff's Response to Defendant's motion was entered of record on April 23, 2007, and Defendant's Reply was filed on May 7, 2007. Having examined the submissions of the parties, the court finds that no hearing is necessary and that Defendant's Motion should be denied.

IT IS THEREFORE ORDERED that Defendant's Emergency Motion to Strike the False and Fraudulently Submitted "Joint List of Unresolved Issues" Filed by Plaintiff and to Adjourn the Motion to Compel Discovery and Status Conference is in all respects denied.

                                        s/Donald A. Scheer
                                        DONALD A. SCHEER
                                        UNITED STATES MAGISTRATE JUDGE

DATED: May 30, 2007

**CERTIFICATE OF SERVICE**

       I hereby certify on May 30, 2007 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on May 30, 2007. **Edward Andrews by fax and mail.**

                                            s/Michael E. Lang
                                            Deputy Clerk to
                                            Magistrate Judge Donald A. Scheer
                                            (313) 234-5217