UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HARNESS, DICKEY & PIERCE, PLC,

    Plaintiff,

v.

EDWARD A. ANDREWS,

    Defendant.
_____/

CIVIL ACTION NO. 03-40334

DISTRICT JUDGE PAUL V. GADOLA

MAGISTRATE JUDGE DONALD A. SCHEER

## **ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION AND SETTING HEARING DATE ON PENDING MOTIONS**

The Court having reviewed Defendant's Motion for Extension of Time to File Response to Plaintiff's Motion in Limine to Strike Defendant's Expert Witness Clare Long and Plaintiff's Response; IT IS ORDERED that Defendant's Motion is Granted. Defendant shall have until October 17, 2007 to file his response.

IT IS FURTHER ORDERED that the hearing on Plaintiff's Motion in Limine to Strike Defendant's Expert Witness Clare Long, Defendant's Motion in Limine Barring Plaintiff From Recovering Any Damages for the Reasonable Value of Any Legal Work, Defendant's Motion for Order to Vacate Case Evaluation, Defendant's Motion for an Order to Determine Defendant's Compliance with the Court's Order of April 24, 2007, Defendant's Motion in Limine to Prevent Plaintiff from Asserting Any New Claims and Plaintiff's Motion in Limine to Strike Edward Andrews' Discovery to Richard Grauer, Esq. and for Protective Order to Permit Richard Grauer, Esq. to Not Answer Edward Andrews' Discovery is set for **October 30, 2007 at 10:00 a.m.** in Courtroom 640, United States District Court located at 231 W. Lafayette, Detroit, Michigan.

IT IS FURTHER ORDERED that if the parties are unable to resolve their differences, they shall prepare a **joint** list entitled "List of Unresolved Issues" as to those issues which remain in dispute. **The List must be delivered to Magistrate Judge Donald A. Scheer's chambers on or before 12:00 NOON October 28, 2007**. (Mailed, hand-delivered, or faxed to (313) 234-5498. It is not necessary to file the List of Unresolved Issues with the Clerk's Office). **Failure to submit the "List of Unresolved Issues" by the scheduled date may result in the court dismissing the above-referenced motions.**

SO ORDERED.

                                              s/Donald A. Scheer  
                                              DONALD A. SCHEER  
                                              UNITED STATES MAGISTRATE JUDGE

DATED: October 11, 2007

_____

### CERTIFICATE OF SERVICE

I hereby certify on October 11, 2007 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on October 11, 2007. **Edward Andrews (by fax and mail).**

                                              s/Michael E. Lang  
                                              Deputy Clerk to  
                                              Magistrate Judge Donald A. Scheer  
                                              (313) 234-5217